U.S. D. Ct. For Jour Cat.

J.E. Rochester, MSA, PLS  S/ND:

    Plaintiff.    ) Writ of Mand. For (TRO)

    .Vs.    ) For release, + medical

1. Greenville Mem. Hosp  ) cares, & release from

2. Colu. Reg. Care Center, Bhg ) Kidnap status 30 yrs.

3. State of S.C.    ) held with forged 11 warrants

4. SCDC    ) by 14 Oconee Co. deputies,

5. 37 Unknown Defs. #'s ) PCR-18-CP-23-30058652 &

Both Hosps. Dets.   3 96-CN-57-37-3810-1446,

1. Plato J. Rocky Seek a mand. (TRO) for release + Med.
cares $ to stop Kidnap that viol. 4th, 8th Amends. +

2. Beg T. 812 times from (1-2-98 to 3-5-19), + No medical care,
&2 improper food, & held against will after max out by
(12 yrs 2 mos.) From Oct 23, 81 to 2-15-2019, +

3. Hurt at Greenville Hosp in Parking, being dragged in
SCDC car, I had a stroke 2-12-19 Left brain took
out + R-side 0 writing hand, + Hurt + re-red
by STAFF +

4. Give Atty. to me and see page 4 Medical needs

      Respectfully

3-14-19    J. E. Rochester, PLS/9

    Please file. Thanks! Clerk

RECEIVED
USDC CLERK, COLUMBIA, SC
2019 MAR 20  AM ID: 10